IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JAMES VILLA,<br><br>     Defendant. | 8:12CR331<br><br>**FINDINGS AND RECOMMENDATION** |

  At the conclusion of the hearing held on January 10, 2013, I stated my conclusions on the record and my decision to recommend that the motion to suppress be denied. In accordance with that announcement,

  IT HEREBY IS RECOMMENDED to the Honorable John M. Gerrard, United States District Judge, , that the motion to suppress, (filing no. 21), be denied in all respects.

  FURTHER, IT HEREBY IS ORDERED,

1. The clerk shall cause a transcript of the hearing to be prepared and filed.

2. Counsel are given fourteen (14) days from the date the transcript is available to counsel for reading in the clerk's office in which to file objections to this recommendation. The parties are notified that failure to object may be held to be a waiver of the right to appeal the district judge's adoption of the recommendation.

January 10, 2013..

                   BY THE COURT:

                   *s/ Cheryl R. Zwart*
                   United States Magistrate Judge