IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-331 |
| vs. | JUDGMENT |
| JAMES VILLA, | |
| Defendant. | |

In accordance with the accompanying Memorandum and Order, the defendant's pro se motion to vacate under 28 U.S.C. § 2255 (filing 74) is dismissed.

Dated this 20th day of October, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge