IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12-CR-331 |
| vs. | ORDER |
| JAMES VILLA, | |
| Defendant. | |

This matter is before the Court on the defendant's motion to appoint counsel (filing 98). The defendant's motion will be denied.

The defendant's motion asks for counsel to be appointed to pursue relief under 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." But the defendant does not explain any basis for a sentence reduction, nor does it indicate that the defendant has pursued his administrative remedies by presenting a request for compassionate release to the warden of his institution. *See id*.

There is no constitutional right to appointed counsel in sentence modification proceedings. *United States v. Harris*, 568 F.3d 666, 669 (8th Cir. 2009). Nor does the defendant have a right to appointed counsel under the Criminal Justice Act, 18 U.S.C. § 3006A. *Harris*, 568 F.3d at 669. Whether to appoint counsel is, therefore, committed to the discretion of the Court. *See id*. The Court declines to appoint counsel in this case, at this point, because the defendant has not identified any basis for a sentence reduction. But that denial will be without prejudice to reasserting a request for counsel supported by allegations that establish some colorable claim for relief.

IT IS ORDERED that the defendant's motion to appoint counsel (filing 98) is denied without prejudice.

Dated this 26th day of October, 2020.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Chief United States District Judge